Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
Debbie Renee Krivis

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE RENEE KRIVIS,<br><br>       Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>       Defendant. | Case No.:  1:13-cv-01739-BAM<br><br>ORDER OF  DISMISSAL |

     Pursuant to the stipulation of dismissal filed on May 14, 2014, by Plaintiff Debbie Renee Krivis, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorney's fees, costs and expenses.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 15, 2014**                    _/s/ Barbara A. McAuliffe_
                                                        UNITED STATES MAGISTRATE JUDGE